No. 347, Misc. McCLOSKEY *v.* BOSLOW, INSTITUTION DIRECTOR. Ct. App. Md. Certiorari denied. Petitioner *pro se. Robert C. Murphy,* Attorney General of Maryland, and *Alfred J. O'Ferrall III,* Assistant Attorney General, for respondent.

No. 435, Misc. RODRIGUEZ *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Rose-Marie Gruenwald,* Deputy Attorney General, for respondent.

No. 475, Misc. RANSOM *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. Petitioner *pro se. Earl Faircloth,* Attorney General of Florida, and *James G. Mahorner,* Assistant Attorney General, for respondent.

No. 499, Misc. RIOJAS *v.* UTAH. Sup. Ct. Utah. Certiorari denied. *Jimi Mitsunaga* and *George H. Searle* for petitioner. *Phil L. Hansen,* Attorney General of Utah, for respondent.

No. 528, Misc. EVANS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 542, Misc. STIDHAM *v.* SWENSON, WARDEN. Sup. Ct. Mo. Certiorari denied. Petitioner *pro se. Norman H. Anderson,* Attorney General of Missouri, and *Donald L. Randolph,* Assistant Attorney General, for respondent.

No. 633, Misc. DUVAL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.